UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNY TERRY,

          Plaintiff,

-vs-                                      Case No. 6:06-cv-1473-Orl-28JGG

WASTE MANAGEMENT INC. OF
FLORIDA, BRYANT BURNS,

          Defendants.
_____

## ORDER

This Fair Labor Standards Act case is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 18) filed December 8, 2006. The United States Magistrate Judge has submitted a report recommending that the case be dismissed with prejudice finding that the resolution of this case through a voluntary stipulation of dismissal is fair and reasonable.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 31, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is dismissed with prejudice.

    3.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22___ day of February, 2007.

                                                                            _____
                                                                            JOHN ANTOON II
                                                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party